# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CIVIL NO. 3:10-CV-00366-MOC-DSC

| | |
|---|---|
| TAMMY HUGHES--BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPUS CREST GROUP, LLC, AND THE GROVE STUDENT PROPERTIES, LLC, FORMERLY KNOWN AS CAMPUS CREST REAL ESTATE MANAGEMENT, LLC, CAMPUS CREST CONSTRUCTION LLC, CAMPUS CREST DEVELOPMENT LLC, CAMPUS CREST PROPERTIES LLC, CAMPUS CREST DISTRIBUTION LLC, CAMPUS CREST LEASE LLC, CAMPUS CREST AVIATION LLC, CAMPUS CREST VENTURES I LLC, CAMPUS CREST ASHEVILLE MANAGER LLC, CAMPUS CREST AT ASHEVILLE LLC, MADEIRA GROUP LLC, MXT CAPITAL LLC, 339 UNION STREET HOUSE LLC, CAMPUS CREST COMMUNITIES OPERATING PARTNERSHIP, LP, CAMPUS CREST COMMUNITIES GP, LLC, CAMPUS CREST COMMUNITIES LP, LLC, JOINTLY AND SEVERALLY, AND ALL DOING BUSINESS AS CAMPUS CREST COMMUNITIES, INC., AND MICHAEL S. HARTNETT, INDIVIDUALLY, AND TED W. ROLLINS, INDIVIDUALLY, AND AS THE ALTER-EGOS OF THE CORPORATE DEFENDANTS,<br><br>    Defendants. | |

## **ORDER**

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for T. Matthew Miller]" (document #_) filed July 6, 2011. For the reasons set forth therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 6, 2011

David S. Cayer
United States Magistrate Judge